■ THE PEOPLE OF THE STATE OF NEW YORK; Respondent, v JAMAL JENNINGS, Appellant. — Judgment, Supreme Court, Bronx County, rendered on April 28, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J.P., Sullivan, Carro, Markewich and Silverman, JJ.

# (May 26, 1981)

■ TODD VOLPE, Respondent, v CRIMINAL COURT OF THE CITY OF NEW YORK et al., Appellants. — Judgment, Supreme Court, New York County, entered on July 17, 1980, unanimously affirmed for the reasons stated by Fingerhood, J., at Special Term, without costs and without disbursements. Concur — Murphy, P.J., Kupferman, Birns, Carro and Lynch, JJ.